## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR19-766(B) CAS - 1 | Date: August 30, 2022 |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
| Interpreter | N/A | |

| Catherine Jeang | Katie Thibodeaux | Suria Bahadue / David Lachman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CRUZ NOEL QUINTERO | X | X | | RICHARD ROWE, DFPD | X | X | |
| | | | | ERICA CHOI, DFPD | X | X | |

**Proceedings:** STATUS CONFERENCE; AND ARRAIGNMENT

Hearing held and counsel are present. The Court confers with counsel, as stated on the record. The Court questions and arraigns the defendant on the Second Superseding Indictment[57]. Defendant pleads not guilty to counts 1, 2, 3, 4, 5, and 6 of the Second Superseding Indictment[57].

The Court orders defendant's supplemental briefing on government's Sealed Motion in Limine[82], as follows:

- Defendant's Supplemental Brief shall be filed on or before September 8, 2022; and
- Plaintiff's Responsive Brief shall be filed on or before September 9, 2022.

The Court further orders Proposed Voir Dire shall be filed on or before September 7, 2022.

| | 00 : 10 |
|---|---|
| Initials of Deputy Clerk | CMJ |